

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 14, 2021

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

      Re:    <u>United States v. Jacob Carter, et al.</u>, 21 mj 9734

Dear Judge Krause:

    Defendants Jacob Carter, Quadri Salahuddin, Anwar Salahuddin, and Christal Ransom have been arrested. Quadri Salahuddin and Anwar Salahuddin will be brought before this Court today, Jacob Carter will be brought before the U.S. District Court for the Northern District of Texas, and Christal Ransom will be brought before the U.S. District Court for the Central District of California, for their initial appearances on the above-referenced complaint, which charges them with wire fraud conspiracy, wire fraud, false statements, and aggravated identity theft, in violation of Title 18, United States Code, Sections 1349, 1343, 1001, and 1028A, respectively. Accordingly, the Government respectfully requests that Your Honor sign an order unsealing the Complaint and arrest warrants.

    Thank you for your consideration.

                                                Respectfully submitted,

                                                DAMIAN WILLIAMS
                                                United States Attorney

                           By:

                                                Jeffrey C. Coffman
                                               Assistant United States Attorney
                                               (914) 993-1940

SO ORDERED:

_____
HON. ANDREW E. KRAUSE
United States Magistrate Judge
Southern District of New York
Dated: October 14, 2021