Court Exh. 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

JACOB CARTER

                               Defendant(s).

-----------------------------------------------------------X

Defendant JACOB CARTER hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_       Initial Appearance Before a Judicial Officer

___       Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___       Bail/Detention Hearing

___       Conference Before a Judicial Officer


_____         _____
Defendant's Signature                             Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)


_____         _____
JACOB CARTER                                   JOHN S. WALLENSTEIN, ESQ.

This proceeding was conducted by reliable video or telephone conferencing technology.

10/21/2021                                        Andrew C. McCarthy
Date                                               U.S. District Judge/U.S. Magistrate
Judge