UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Jacob Carter

                Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

7:21-cr-00681

Defendant Jacob Carter hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐     Initial Appearance Before a Judicial Officer

☒     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☐     Bail/Detention Hearing

☐     Conference Before a Judicial Officer - Assignment of Counsel

/S/ *Jacob Carter*                                     /s/*John S. Wallenstein*

Defendant's Signature                     Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

JACOB CARTER                                JOHN S. WALLENSTEIN, ESQ.
Print Defendant's Name                     Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

11/16/21
───────────
Date                                          U.S. District Judge/U.S. Magistrate Judge