```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/2021
```

**MEMORANDUM ENDORSEMENT**

<u>United States of America vs. Jacob Carter</u>, 21-cr-681-1 (NSR)

The Court is in receipt of what purports to be pro se Defendant Jacob Carter's motion papers seeking to dismiss the indictment. (ECF Nos. 43–48).

The Court directs the Government to respond to Defendant Carter's submissions by January 12, 2022. Defendant Carter's reply, if any, is to be filed by January 26, 2022.

Standby counsel is directed to provide a copy of this memorandum endorsement to pro se Defendant and to file proof of service on the docket.

DATED: December 15, 2021

White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE