```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2022
```

**MEMORANDUM ENDORSEMENT**

<u>United States of America vs. Jacob Carter</u>, 21-cr-681-1 (NSR)

      The Court is in receipt of pro se Defendant's submission titled "Defendant Response By Affidavit To The Government's Reply And Objection To The Court's Opinion And Order." (ECF No. 62.)

      The Court directs the Government to respond to Defendant's submission by February 15, 2022. Defendant's reply, if any, is to be filed by March 1, 2022.

      Standby counsel is directed to provide a copy of this memorandum endorsement to pro se Defendant and to file proof of service on the docket.

DATED: January 18, 2022

White Plains, NY

SO ORDERED:

_(signed)_
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE