**MEMO ENDORSED**

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | The Gov't is directed to respond to this motion on or before Nov. 10, 2022. Standby counsel is directed to mail a copy of this endorsement to pro se Deft. and file proof of service. |
| Plaintiff, | Dated: White Plains, NY    Case No. 7:21-cr-00681 -01(NSR) <br> Nov. 3, 2022 |
| v. | SO ORDERED: |
| JACOB CARTER | |
| Defendant, | HON. NELSON S. ROMAN <br> UNITED STATES DISTRICT JUDGE |

### DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE WITH AFFIDAVIT IN SUPPORT

**COMES NOW**, Jacob Carter, Affiant, duly sworn, under penalty of perjury and gives this Response in Objection to plaintiff's complaint with affidavit in support and says:

**Please take notice** that Jacob Carter is not an attorney and at no time within these proceedings is practicing law and is incapable of being held to the standard of a practitioner of law.

**Please take further notice** that there is no such thing as a "sovereign citizen" and Jacob Carter wishes that the aforementioned title is not placed upon Jacob Carter. Jacob Carter is merely exercising his inherent right to protect and defend against all unlawful undertakings, false accusations and will do so in open Court.

### GROUNDS TO MODIFY CONDITIONS OF PRETRIAL RELEASE

1. On October 11th, 2021, a Complaint, unaccompanied by an affidavit, was filed, signed, witnessed, attested to and prepared solely by **Lawrence Lonergan & the FEDERAL BUREAU OF INVESTIGATION**(hereinafter "the firm") which charged Jacob Carter with **Conspiracy to commit wire fraud, wire fraud and aggravated aggravated identity theft.** The firm have prepared, witnessed, uttered and caused there to be filed; a claim . **See exhibit A.**

2. On November 9th, 2021; a indictment, unaccompanied by an affidavit was filed, signed, witnessed, attested to and prepared by an **unknown party** and **Damian Williams** ( hereinafter "representatives") which charged Jacob Carter with **Conspiracy to commit wire fraud, wire fraud and aggravated aggravated identity theft** which included **forfeiture allegations** and **substitute asset Provisions.** Representatives have prepared, witnessed, uttered and caused there to be filed; a claim . **See exhibit B.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2022

3. The nature of the alleged charges, Complaint nor indictment present any factors that determines the defendant a threat to the public nor a flight risk.

4. The defendant has appeared as instructed by way of Orders of this Court as well as bond conditions and is not a flight risk nor is there any evidence to suggest otherwise.

5. The opposing party has not deemed the defendant as a flight risk and the Federal Bureau of Investigations has seized the defendants passport therefore international travel is out of the question.

6. The defendant has familial obligations that require his presence in multiple states as well as employment opportunities that if missed, causes irreparable damages to the financial wellbeing of the defendants family and presents the factor of being homeless.

7. The defendant is willing to continue scheduled check-in with probation but is in need of his liberty to move about freely to not be deprived as he has never been convicted of any charges presented before this Court.

8. The Current conditions of PRETRIAL RELEASE causes great financial harm and unbearable conditions that will cause the defendant and family to become homeless if not changed. Defendants new job requires ability to travel within the United States. The new employer is willing to accept the defendant as employee if this Court allows the defendant to travel for work. In the event of denial of the defendants request for modification of PRETRIAL condition, the defendant and beneficiaries will suffer a loss of $400,000.00 annual.

9. Line (f) on the additional conditions of release "states for attorney visits only". The defendant does not have an attorney.

10. The defendant respectfully motions this Court to grant the following relief:

    a. Allow the defendant to execute his familial obligations.
    b. Allow defendant to execute new employment obligations such as traveling for work and report to PRETRIAL services.
    c. Allow defendant new employer to give PRETRIAL services report of job locations

By: /s/ Jacob Carter          Dated: October 26th, 2022
    Jacob Carter

### Verification

I, the undersigned, being duly sworn under the penalty of perjury attest to the above Response as true and have reviewed the documentation and in good faith prepared said response to be filed and received as truth.

The undersigned affiant further sayeth naught.

Signature of Jacob Carter: _____  Date: 10/27/2022

## AFFIDAVIT IN SUPPORT OF RESPONSE

I, Jacob Lee Carter, the undersigned, duly sworn under penalty of perjury affirm and verify that the attached response and the foregoing is truth. I Jacob Lee Carter affirm the following:

1. I am of age of the majority and are of sound mind and come with clean hands.
2. I Jacob Carter have accepted a new job offer and must travel for work and employee is willing to work with PRETRIAL services such as reporting to PRETRIAL services of each obligation I have and details of location.
3. I will not flee the country and have posted bail and have not been convicted of a violent crime causing harm nor injury to man nor woman.

By:_____
Jacob Lee Carter
Date:10/26/2022


## Verification

I, the undersigned, being duly sworn under the penalty of perjury, affirm, that the above Affidavit in Support of Response to complaint and indictment is truth and made under penalty of perjury and have reviewed the initial complaint, it's alleged charges; and in good faith, deny the complaint and indictment in it's entirety as unfounded, unverifiable and without an injured party. I Jacob Lee Carter am a friend of the United States not an enemy.

*The undersigned affiant(s) further sayeth naught.*

Signature of Jacob Lee Carter:_____

Date: 10 / 27 / 2022

STATE OF NEW YORK NOTARY ACKNOWLEDGMENT

THE STATE OF NEW YORK, COUNTY OF __BRONX__

On __10/27__, 20__22__ before me, __Exdol L. Powell__ Notary Public in and for said county, personally appeared __JACOB Lee CARTER__, affiant(s) who has/have satisfactorily identified themselves as the affiant(s) to the above-referenced document and being duly sworn under penalty of perjury swears that the statements in attached document are truth.

Notary Public Signature /Print __Powell__ / __EXDOL Lloyd Powell__

My commission expires: __11/05/2024__

(Seal)

EXDOL LLOYD POWELL
Notary Public, State of New York
No. 01PO6271670
Qualified in Bronx County
Commission Expires Nov. 5, 2024