```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/7/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JACOB CARTER,

                Defendant.

21-CR-681-01 (NSR)

ORDER

Nelson S. Román, United States District Judge:

      Defendant Jacob Carter ("Defendant Carter"), along with three co-defendants, is charged in a three-count indictment with: (Count One) conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349; (Count Two) wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2; and (Count Three) aggravated identity theft, in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2(a).

      On October 28, 2022, Defendant Carter, proceeding *pro se*, moved to modify conditions of his pretrial release. Defendant's motion is docketed as ECF No. 102. Specifically, Defendant requests this Court to (a) "[a]llow [him] to execute his familial obligations," (b) "[a]llow [him] to execute new employment obligations such as traveling for work and report to pretrial services," and (c) "[a]llow [his] new employer to give pretrial services report of job locations." (Def. Carter Motion at 2, ¶ 10). The Government opposed Defendant Carter's motion. The Government's Opposition is docketed at ECF No. 104.

      Defendant Carter fails to provide any compelling reason for this Court to revisit his conditions of release.  Defendant Carter provides no information about his purported new job, or where it requires him to travel.  Nor has Defendant Carter discussed with his supervising Pretrial

1

Services Officer the possibility of seeking an appropriate modification of the Travel Restriction for verifiable work or familial obligations.

Accordingly, the Court DENIES Defendant Carter's motion to modify his conditions of pretrial release without prejudice. *See United States v. Fishman*, 2020 WL 6365353, at *1 (S.D.N.Y. 2020) (denying motion to modify bail conditions to permit travel where "existing bail conditions were negotiated and agreed to by [defendant] and were accepted by the Court").

Standby counsel shall serve a copy of this Order on *pro se* Defendant Jacob Carter (01) by any means necessary and file proof of service.

February 7, 2023  SO ORDERED
White Plains, NY

_____
Hon. Nelson S. Roman
U.S. District Court Judge, S.D.N.Y.