# LAW OFFICES OF JILL R. SHELLOW PLLC

_____

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911 (Telephone)
203.258.1463 (Mobile)

May 14, 2024

**MEMO ENDORSED**

**BY ECF ONLY**
The Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**RE:** *United States v. Jacob Carter, 21-cr-681-1 (NSR)*

Dear Judge Roman:

On May 1, 2024, Your Honor appointed me as successor counsel for Jacob Carter. I have met with Mr. Carter, spoken with the prosecutors, and John S. Wallenstein, Esq., Mr. Carter's standby counsel promptly provided his files. Mr. Carter has asked me to supplement his *pro se* Rule 29 motion, and Your Honor has set a deadline of May 29, 2024 for filing the supplement. Based on my initial conversation with Mr. Carter, my preliminary review of the pleadings, and Mr. Wallenstein's files, I need more time. I cannot adequately assess the evidence, confer with Mr. Carter, and file a supplemental Rule 29 motion by May 29.

Accordingly, I respectfully request that Your Honor adjourn the deadline for filing the supplemental Rule 29 motion and adopt the following schedule: Supplement due on August 19, 2024, Government opposition due September 9, and reply due on September 26. In addition, I request that Your Honor schedule a sentencing date in December 2024. I have conferred with the Government, and the Government consents to this schedule.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

cc: AUSA Jeffrey Coffman (by ECF and email)
    Jacob Carter (by legal mail)

Admitted: NY, CT, DC

---

**Endorsement:**

Def.'s request, consented to by the Gov't, is GRANTED. Def. is directed to submit a Supplement to Def.'s Rule 29 motion on Aug. 19, 2024; the Gov't is to oppose on Sept. 9, 2024; and Def.'s reply is due Sept. 26, 2024. The parties are directed to submit electronic copies via email and hard copies of their papers to the Court as they are served. Def.'s sentencing is also adjourned until Dec. 13, 2024 at 10am. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 206.

Dated: May 16, 2024
White Plains, NY

SO ORDERED:
Hon. Nelson S. Roman
United States District Judge