# LAW OFFICES OF JILL R. SHELLOW PLLC

___

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

November 28, 2024

**BY ECF AND EMAIL**
The Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY  10601
Gina_Sicora@nysd.uscourts.gov

    **RE:**    *United States v. Jacob Carter, 21-cr-681 (NSR)*

Dear Judge Roman:

    Your Honor is scheduled to sentence Jacob Carter on December 13, 2024, and I am writing to request an adjournment of approximately 60 days.  Briefly, we are having difficulty obtaining records from the Air Force that we would like to be able to submit for Your Honor's consideration.  The Government consents to this request.

    On Wednesday, November 26, 2024, your Deputy advised me that Your Honor is available to sentence Mr. Carter on February 27, 2025 at noon.  All the parties are available at that time.  Accordingly, I am writing to respectfully request that Mr. Carter's sentencing be adjourned to February 27, 2025 at noon.

    Thank you for your consideration.

                            Respectfully submitted,

                            Jill R. Shellow

Admitted:  NY, CT, DC