**MEMO ENDORSED**

# Law Offices of Jill R. Shellow PLLC

---

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

November 28, 2024

**BY ECF AND EMAIL**
The Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY  10601
Gina_Sicora@nysd.uscourts.gov

> Deft's request to adjourn the Sentencing from Dec. 13, 2024 until Feb. 27, 2025 at 12:00 noon is GRANTED with the Govt's consent. Clerk of Court is requested to terminate the motion at ECF No. 255.
>
> Dated: December 2, 2024
>       White Plains, NY
>
> SO ORDERED:
> */s/ Nelson S. Roman*
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

RE:   *United States v. Jacob Carter, 21-cr-681 (NSR)*-01

Dear Judge Roman:

Your Honor is scheduled to sentence Jacob Carter on December 13, 2024, and I am writing to request an adjournment of approximately 60 days.  Briefly, we are having difficulty obtaining records from the Air Force that we would like to be able to submit for Your Honor's consideration.  The Government consents to this request.

On Wednesday, November 26, 2024, your Deputy advised me that Your Honor is available to sentence Mr. Carter on February 27, 2025 at noon.  All the parties are available at that time.  Accordingly, I am writing to respectfully request that Mr. Carter's sentencing be adjourned to February 27, 2025 at noon.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/02/2024

Admitted:  NY, CT, DC